**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | Robyn C. Coram ) | |
| | ) | Case No. 09-37574-KLP |
| | Debtor. ) | Chapter 13 |
| | ) | |
| Address | ) | |
| | Robyn C. Coram ) | |
| | ) | |
| | 457 Flat Rock Rd. ) | |
| | ) | |
| | Kenbridge, VA 23944 ) | |

Last four digits of SSN or ITIN:  **0752**

### NOTICE OF MOTION TO EMPLOY SPECIAL COUNSEL

**Jason M. Krumbein, Esq.** has filed papers with this court seeking approval of employment of special counsel.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 14 DAYS FROM TODAY, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Jason M. Krumbein, Esq. |
| U.S. Bankruptcy Court | Krumbein Consumer Legal Services, Inc. |
| 701 E. Broad St., Suite 4000 | 5310 Markel Road, Suite 102 |
| Richmond, VA 23219 | Richmond, VA 23230 |

You must also attend a hearing to be scheduled at a later date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: December 23, 2013    /s/ Jason M. Krumbein, Esq.
5310 Markel Road, Suite 102
Richmond, VA 23230
VSBN 43538
Counsel for Debtor in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | Robyn C. Coram ) | |
| | ) | **Case No. 09-37574-KLP** |
| | Debtor. ) | **Chapter 13** |
| | ) | |
| Address | ) | |
| | Robyn C. Coram ) | |
| | ) | |
| | 457 Flat Rock Rd. ) | |
| | ) | |
| | Kenbridge, VA 23944 ) | |

Last four digits of SSN or ITIN:   **0752**

## MOTION TO EMPLOY SPECIAL COUNSEL

**COMES NOW**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 says as follows:

1) This motion is filed pursuant to 11 USC 30.

### JURISDICTION, VENUE, CORE PROCEEDING

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

5) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

6) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

7) Movants filed a Voluntary Petition for Relief in this court on 11/17/2009.

8) Movant wishes to employ special counsel to prosecute a complaint for violations of the Automatic Stay.

9) Counsel has agreed to represent movant if the court approves this employment.

10) Counsel is to be paid on contingency from the defendant.

## RELIEF REQUESTED

Movants request that the court approve the foregoing motion for the reasons stated above.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

## CERTIFICATE OF SERVICE

I certify that I have this December 23, 2013, transmitted a true copy of the foregoing application electronically through the court's CM/ECF system to the Chapter 13 Trustee and US Trustee, and by regular mail to the to the Debtor and all creditors listed on the attached Service List.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

| | | |
|---|---|---|
| Capital One Auto Finance, c/o Ascension Capital Gr<br>P.O. Box 201347<br>Arlington, TX 76006 | Community Memorial Healthcentr<br>PO Box 90<br>South Hill, VA 23970 | ECMC<br>PO Box 75906<br>St. Paul, MN 55175 |
| CitiFinancial, Inc.<br>P.O. Box 140489<br>Irving, T X 75014-0489 | Premier BankCard/Charter<br>P.O. Box 2208<br>Vacaville, CA 9569 | The Oulton Law Firm, PLLC<br>2807 N Parham Rd Suite 107<br>Richmond, VA 23294 |
| PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk, VA 23541 | Seventh Avenue<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 |
| Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 9812 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | APPLIED BANK<br>P.O. BOX 17125<br>WILMINGTON, DE 19850-712 |
| Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | LVNV Funding LLC its successors and assigns as<br>assignee of MHC Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Robyn C. Coram<br>457 Flat Rock Rd.<br>Kenbridge, VA 23944 |