B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 09−37574−KLP
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robyn Christine Coram
aka Robyn Christine Gray
457 Flat Rock Road
Kenbridge, VA 23944

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
   Debtor: xxx−xx−0752

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Robyn Christine Coram is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: January 22, 2014                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                Case No. 09-37574-KLP
Robyn Christine Coram                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l              Page 1 of 2               Date Rcvd: Jan 22, 2014
                              Form ID: B18W                Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2014.
```
db       #+Robyn Christine Coram,    457 Flat Rock Road,   Kenbridge, VA 23944-3505
cr        JPMorgan Chase Bank, National Association,    2780 Lake Vista Drive,   Lewisville, TX 75067-3884
9314842  +Aspire,   PO Box 23007,    Columbus, GA 31902-3007
9314844   Capitol One Bank,    PO Box 6492,   Salt Lake City, UT 84130-0000
9314847  +Chase Home Finance,    PO Box 78420,   Phoenix, AZ 85062-8420
9314849  +Citifinancial,    707 E Atlantic street,   South Hill, VA 23970-3425
9314850  +Community Memorial Healthcentr,    PO Box 90,   South Hill, VA 23970-0090
9314852  +First National Credit Card,    Legacy Visa,   PO Box 2677,   Omaha, NE 68103-2677
9314854  +First Savings Credit Card,    PO Box 5019,   Sioux Falls, SD 57117-5019
9578429  +Florida Department of Education,    PO Box 7019,   Tallahassee, FL 32314-7019
9434099  +Ginny’s,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
9314855  +Ginnys,   1112 7th Avenue,   Monroe, WI 53566-1364
9481785  +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,   PO Box 12907,
           Norfolk VA 23541-0907
9314861  +Seventh Avenue,    Po Box 2804,   Monroe, WI 53566-8004
9429848  +Seventh Avenue,    C/O Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 23 2014 08:34:08
           Capital One Auto Finance Department,    P.O. Box 201347,   Arlington, TX 76006-1347
cr        +EDI: ECMC.COM Jan 23 2014 02:58:00      ECMC,   P.O. Box 75906,   Saint Paul, MN 55175-0906
cr        +EDI: PRA.COM Jan 23 2014 02:58:00      PRA Receivables Management, LLC,   PO Box 41067,
           Norfolk, VA 23541-1067
9520975   EDI: APPLIEDBANK.COM Jan 23 2014 02:58:00      APPLIED BANK,   P.O. BOX 17125,
           WILMINGTON, DE 19850-7125
9314841  +EDI: APPLIEDBANK.COM Jan 23 2014 02:58:00      Applied Bank,   PO Box 15809,
           Wilmington, DE 19850-5809
9467114  +EDI: OPHSUBSID.COM Jan 23 2014 02:58:00      CANDICA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
           2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9314843  +EDI: CAPITALONE.COM Jan 23 2014 02:58:00      Capital One,   PO Box 85168,
           Richmond, VA 23285-5168
9327561  +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 23 2014 08:34:20
           Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
9366213  +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 23 2014 08:34:21
           Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
           Arlington, TX 76006-1347
9524946   EDI: CAPITALONE.COM Jan 23 2014 02:58:00      Capital One Bank (USA), N.A.,
           by American Infosource Lp As Agent,    PO Box 71083,   Charlotte, NC 28272-1083
9314845  +EDI: CAPITALONE.COM Jan 23 2014 02:58:00      Capitol One Bank,   PO Box 30285,
           Salt Lake City, UT 84130-0285
9314846  +EDI: CHASE.COM Jan 23 2014 02:58:00      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
9314848  +EDI: CIAC.COM Jan 23 2014 02:58:00      Citifinancial,   PO Box 6931,   The Lakes, NV 88901-6931
9314851  +EDI: RCSFNBMARIN.COM Jan 23 2014 02:58:00      Credit One Bank,   PO Box 60500,
           City Of Industry, CA 91716-0500
9793952  +EDI: ECMC.COM Jan 23 2014 02:58:00      ECMC,   PO Box 75906,   St. Paul, MN 55175-0906
9314853  +EDI: AMINFOFP.COM Jan 23 2014 02:58:00      First Premier Bank,   Po Box 5147,
           Sioux Falls, SD 57117-5147
9314856  +EDI: HFC.COM Jan 23 2014 02:58:00      Hsbc,   PO Box 5250,   Carol Stream, IL 60197-5250
9314857  +EDI: TSYS2.COM Jan 23 2014 02:58:00      Juniper Card Services,   Po Box 13337,
           Philadelphia, PA 19101-3337
9548658   EDI: RESURGENT.COM Jan 23 2014 02:58:00      LVNV Funding LLC its successors and assigns as,
           assignee of MHC Receivables, LLC,    Resurgent Capital Services,   PO Box 10587,
           Greenville, SC 29603-0587
9314858  +EDI: HFC.COM Jan 23 2014 02:58:00      Orchard Bank,   PO Box 17051,   Baltimore, MD 21297-1051
11900602  EDI: PRA.COM Jan 23 2014 02:58:00      Portfolio Recovery Associates, LLC,   POB 41067,
           Norfolk, VA 23541
9422836  +EDI: PRA.COM Jan 23 2014 02:58:00      PRA Receivables Management, LLC,
           As Agent of Portfolio Recovery Assocs,    PO Box 41067,   Norfolk, VA 23541-1067
9416787  +E-mail/Text: csidl@sbcglobal.net Jan 23 2014 03:05:26      Premier BankCard/Charter,
           P.O. Box 2208,   Vacaville, CA 95696-8208
9314859  +EDI: SALMAESERVICING.COM Jan 23 2014 02:58:00      Sallie Mae,   PO Box 9500,
           Wilkes Barre, PA 18773-9500
9369164  +EDI: SALMAESERVICING.COM Jan 23 2014 02:58:00      Sallie Mae Trust,   c/o Sallie Mae Inc.,
           220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
9314860  +EDI: RMSC.COM Jan 23 2014 02:58:00      Sams Club,   PO Box 530942,   Atlanta, GA 30353-0942
11635489 +EDI: OPHSUBSID.COM Jan 23 2014 02:58:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
           2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
9314862  +EDI: RMSC.COM Jan 23 2014 02:58:00      Walmart,   Po Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 28
```

```
District/off: 0422-7          User: ramirez-l              Page 2 of 2                  Date Rcvd: Jan 22, 2014
                              Form ID: B18W                Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Capital One Auto Finance
cr*           +Florida Department of Education,   PO Box 7019,    Tallahassee, FL 32314-7019
cr*           +Vanda, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
9502520*      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
                NORFOLK VA 23541-1067
9386183      ##CitiFinancial, Inc.,   P.O. Box 140489,   Irving, T X 75014-0489
9418316     ##+The Oulton Law Firm, PLLC,   2807 N Parham Rd Suite 107,   Richmond, VA 23294-4410
                                                                                TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2014                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2014 at the address(es) listed below:
              Mark David Meyer    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bk@rosenberg-assoc.com
              Richard James Oulton    on behalf of Debtor Robyn Christine Coram southsidedebtlawgroup@gmail.com,
               kimberlyajenkins@gmail.com;thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
              Sara A. John    on behalf of Creditor    Capital One Auto Finance sara_john@eppspc.com
                                                                                             TOTAL: 4
```