UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | Robyn C. Coram ) | |
| | ) | Case No. 09-37574-KLP |
| | Debtor. ) | Chapter 13 |
| | ) | |
| Address | ) | |
| | Robyn C. Coram ) | |
| | ) | |
| | 457 Flat Rock Rd. ) | |
| | ) | |
| | Kenbridge, VA 23944 ) | |

Last four digits of SSN or ITIN: xxx-xx-0752
XXXX

## ORDER ON MOTION TO EMPLOY SPECIAL COUNSEL

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and pursuant to 11 USC 330 the court FINDS

1) This motion is filed pursuant to 11 USC 30.

2) This court has jurisdiction pursuant to 28 USC 1441.

3) This is the proper venue pursuant 28 USC 1391.

4) This is a core proceeding pursuant to 28 USC 157.

5) Movants filed a Voluntary Petition for Relief in this court on 11/17/2009.

6) Movant wishes to employ special counsel to prosecute a complaint for violations of the Automatic Stay.

7) Counsel has agreed to represent movant if the court approves this employment.

8) Counsel is to be paid on contingency by the defendant, upon approval by the court of a Supplemental fee application to be submitted at the completion of the action anticipated by this motion.

THEREFORE, it is ORDERED that Jason M. Krumbein is appointed counsel to the debtors for the purpose of filing an adversary proceeding to prosecute an adversary proceeding for violation of the Automatic Stay; and

ORDERED that Mr. Krumbein shall file an application for compensation at the conclusion of his representation; and

ORDERED that Mr. Krumbein shall be paid on contingency by the defendants; and

ORDERED that Mr. Krumbein shall be permitted to terminate his representation of the debtors at the conclusion of the adversary proceeding.

ENTERED: Jan 30 2014

/s/ Keith L. Phillips
Keith L. Phillips
JUDGE, US Bankruptcy Court
Eastern District of Virginia, Richmond Div.

Entered on Docket: Jan 31 2014

I ASK FOR THIS

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com


/s/ Richard J. Oulton, VSB# 29640,
Counsel for Debtor
111 Highland Avenue
Colonial Heights, VS 23834
Tel. 804.520.2428
Fax: 804.318.3806


Seen and agreed
/s/ Robert E. Hyman
Robert E. Hyman

**CERTIFICATE OF ENDORESMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

MAILING MATRIX

| Capital One Auto Finance<br>c/o Ascencion Capital<br>P.O. Box 201347<br>Arlington, TX 76006 | Community Memorial Healthcare<br>PO Box 90<br>South Hill, VA 23970 | ECMC<br>PO Box 75906<br>St. Paul, MN 55175 |
|---|---|---|
| CitiFinancial, Inc.<br>P.O. Box 140489<br>Irving, T X 75014-0489 | Premier BankCard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696 | The Oulton Law Firm, PLLC<br>2807 N Parham Rd Suite 107<br>Richmond, VA 23294 |
| PRA Receivables Mgmt, LLC<br>As Agent of Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk, VA 23541 | Seventh Avenue<br>Ginnys<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | APPLIED BANK<br>P.O. BOX 17125<br>WILMINGTON, DE 19850-7125 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Robyn Coram<br>457 Flat Rock Rd.<br>Kenbridge, VA 23944 | |

```
                              United States Bankruptcy Court
                               Eastern District of Virginia
In re:                                                                           Case No. 09-37574-KLP
Robyn Christine Coram                                                            Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0422-7          User: mullert                Page 1 of 2                  Date Rcvd: Jan 31, 2014
                              Form ID: pdford9             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2014.
db             #+Robyn Christine Coram,    457 Flat Rock Road,    Kenbridge, VA 23944-3505
                +Jason M. Krumbein, Esquire,    5310 Markel Road, Suite 102,    Richmond, VA 23230-3030
9314842        +Aspire,    PO Box 23007,   Columbus, GA 31902-3007
9314843        +Capital One,    PO Box 85168,   Richmond, VA 23285-5168
9524946         Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
9314845        +Capitol One Bank,    PO Box 30285,   Salt Lake City, UT 84130-0285
9314844         Capitol One Bank,    PO Box 6492,   Salt Lake City, UT 84130-0000
9314846        +Chase,    PO Box 15153,   Wilmington, DE 19886-5153
9314847        +Chase Home Finance,    PO Box 78420,   Phoenix, AZ 85062-8420
9314849        +Citifinancial,    707 E Atlantic street,    South Hill, VA 23970-3425
9314850        +Community Memorial Healthcentr,    PO Box 90,   South Hill, VA 23970-0090
9314852        +First National Credit Card,    Legacy Visa,   PO Box 2677,    Omaha, NE 68103-2677
9314853        +First Premier Bank,    Po Box 5147,   Sioux Falls, SD 57117-5147
9314854        +First Savings Credit Card,    PO Box 5019,   Sioux Falls, SD 57117-5019
9578429        +Florida Department of Education,    PO Box 7019,   Tallahassee, FL 32314-7019
9434099        +Ginny’s,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
9314855        +Ginnys,    1112 7th Avenue,   Monroe, WI 53566-1364
9481785        +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
9314856        +Hsbc,    PO Box 5250,   Carol Stream, IL 60197-5250
9314857        +Juniper Card Services,    Po Box 13337,   Philadelphia, PA 19101-3337
9314858        +Orchard Bank,    PO Box 17051,   Baltimore, MD 21297-1051
11900602      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk, VA 23541)
9422836        +PRA Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    PO Box 41067,
                 Norfolk, VA 23541-1067
9314861        +Seventh Avenue,    Po Box 2804,   Monroe, WI 53566-8004
9429848        +Seventh Avenue,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9520975         E-mail/Text: bnc-applied@quantum3group.com Feb 01 2014 02:11:13      APPLIED BANK,
                 P.O. BOX 17125,    WILMINGTON, DE 19850-7125
9314841        +E-mail/Text: bnc-applied@quantum3group.com Feb 01 2014 02:11:13      Applied Bank,    PO Box 15809,
                 Wilmington, DE 19850-5809
9467114        +E-mail/Text: bncmail@w-legal.com Feb 01 2014 02:11:01      CANDICA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9327561        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 01 2014 02:34:33
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
9366213        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Feb 01 2014 02:33:59
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
9314851        +E-mail/Text: creditonebknotifications@resurgent.com Feb 01 2014 02:10:16      Credit One Bank,
                 PO Box 60500,   City Of Industry, CA 91716-0500
9548658         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2014 02:12:32
                 LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
9416787        +E-mail/Text: csidl@sbcglobal.net Feb 01 2014 02:11:18      Premier BankCard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
9314859        +E-mail/PDF: pa_dc_claims@salliemae.com Feb 01 2014 02:12:31      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
9369164        +E-mail/PDF: pa_dc_claims@salliemae.com Feb 01 2014 02:13:03      Sallie Mae Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
9314860        +E-mail/Text: gecsedi@recoverycorp.com Feb 01 2014 02:26:19      Sams Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
11635489       +E-mail/Text: bncmail@w-legal.com Feb 01 2014 02:11:17      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
9314862        +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2014 02:20:25      Walmart,    Po Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9502520*       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                 NORFOLK VA 23541-1067
9386183       ##CitiFinancial, Inc.,    P.O. Box 140489,   Irving, T X 75014-0489
9314848      ##+Citifinancial,    PO Box 6931,   The Lakes, NV 88901-6931
9793952      ##+ECMC,    PO Box 75906,   St. Paul, MN 55175-0906
9418316      ##+The Oulton Law Firm, PLLC,    2807 N Parham Rd Suite 107,    Richmond, VA 23294-4410
                                                                                    TOTALS: 0, * 1, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0422-7           User: mullert              Page 2 of 2                   Date Rcvd: Jan 31, 2014
                               Form ID: pdford9           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2014                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2014 at the address(es) listed below:
              Mark David Meyer    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bk@rosenberg-assoc.com
              Richard James Oulton    on behalf of Debtor Robyn Christine Coram southsidedebtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
              Sara A. John    on behalf of Creditor    Capital One Auto Finance sara_john@eppspc.com
                                                                                             TOTAL: 4
```