W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
200 South 10th Street, 16th Floor
P.O. Box 1320
Richmond, VA 23218-1320
Telephone: 804.420.6481
Facsimile:  804-420-6507
aburnett@williamsmullen.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: ROBYN CORAM | ) | Chapter 13 |
| | ) | Case No. 09-37574-KLP |
| Debtor, | ) | |
| | ) | |

## **ORDER**

This matter came before the Court on the Motion to Reopen filed by the Debtor, and was argued by counsel for the Debtor, counsel for JP Morgan Chase Bank, N.A. ("Chase") and counsel for Rosenberg & Associates, LLC ("Rosenberg") on August 20, 2014.  Upon consideration of the Motion filed by the Debtor and the Objections thereto filed by Chase and Rosenberg, the arguments of counsel, and in the sound discretion of the Court, it is hereby

ORDERED that the Motion to Reopen is DENIED.

ENTERED: Sep 2 2014

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET: Sep 3 2014

We ask for this:

/s/ W. Alexander Burnett

_____
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
200 South 10th Street. Suite 1600
Richmond, VA  23218-1320
Telephone: 804.420.6481
Facsimile:  804.420.6507
Email: aburnett@williamsmullen.com
*Counsel for JP Morgan Chase, N.A.*

/s/ Mark D. Meyer (permission by email to endorse)

_____
Mark D. Meyer (VSB No. 74290)
7910 Woodmont Ave., Suite 750
Bethesda, MD 20814
Telephone:  301.907.8000
Facsimile:  301.907.8101
Email:  mmeyer@rosenberg-assoc.com
*Counsel for Rosenberg & Associates, LLC*


Seen and Objected to:

/s/ Jason M. Krumbein  (permission by email to endorse)

_____
Jason M. Krumbein (VSB No. 43538)
5310 Markel Road, Suite 102
Richmond, VA 23230
Telephone: (804) 303-0204
Facsimile: (804) 303-0209
Email:  jkrumbein@krumbeinlaw.com
*Counsel for Plaintiff, Robyn Coram*


## L.B.R. 9022-1(C) CERTIFICATION

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties and no further service by the Clerk's office is necessary.

/s/ W. Alexander Burnett

09-37574–20140821061524284.doc